Matter of Local 621, S.E.I.U. v New York City Fire Dept. (2024 NY Slip Op 04391)

Matter of Local 621, S.E.I.U. v New York City Fire Dept.

2024 NY Slip Op 04391

Decided on September 11, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 11, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
WILLIAM G. FORD
LAURENCE L. LOVE, JJ.

2022-04475
 (Index No. 519355/20)

[*1]In the Matter of Local 621, S.E.I.U., et al., appellants,
v
New York City Fire Department, et al., respondents.

Gordon, Gordon & Schnapp, P.C., New York, NY (Kenneth E. Gordon and James M. Thayer of counsel), for appellants.
Muriel Goode-Trufant, Acting Corporation Counsel, New York, NY (Devin Slack, Kevin Osowski, and Amy McCamphill of counsel), for respondents.

DECISION & ORDER
In a hybrid proceeding pursuant to CPLR article 78 to review two determinations of the Equal Employment Opportunity Office of the Fire Department of the City of New York, both dated November 19, 2019, which, without a hearing, found that there was sufficient credible evidence that the petitioners/plaintiffs Louis Morbelli and Hugh McAllister, respectively, had engaged in retaliatory conduct and referred the matter to the Bureau of Investigations and Trials of the Fire Department of the City of New York, and action to recover damages for unlawful retaliation in violation of the New York State Human Rights Law and the New York City Human Rights Law, the petitioners/plaintiffs appeal from an order of the Supreme Court, Kings County (Gina Abadi, J.), dated April 12, 2022. The order denied the petitioners/plaintiffs' motion for leave to renew the second amended petition and their opposition to that branch of the respondents/defendants' motion which was pursuant to CPLR 3211(a) to dismiss the second amended petition, which had been determined in an order and judgment (one paper) of the same court (Rosemarie Montalbano, J.) dated September 30, 2021.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
In light of our determination on a related appeal regarding the second amended petition, which sought to annul two determinations of the Equal Employment Opportunity Office of the Fire Department of the City of New York, both dated November 19, 2019, and to direct that the determinations be expunged from the respondents/defendants' files (see Matter of Local 621, S.E.I.U. v New York City Fire Dept., ___ AD3d ___ [Appellate Division Docket No. 2021-07965; decided herewith]), the appeal from the order denying the petitioners/plaintiffs' motion for leave to renew must be dismissed because the appeal has been rendered academic (see Coalition of Landlords, Homeowners & Merchants, Inc. v S. & A. Neocronon, Inc., 224 AD3d 660; Khass v New York Presbyt. Brooklyn Methodist Hosp., 213 AD3d 829, 830).
CONNOLLY, J.P., MALTESE, FORD and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court